1  Jeffrey S. Gerardo #146508
   Steven M. Dailey #163857
2  KUTAK ROCK LLP
   18201 Von Karman Avenue, Suite 1100
3  Irvine, CA 92612-1077
   Telephone: (949) 417-0999
4  Facsimile:  (949) 417-5394

5  Attorneys for Defendants
   WELLS FARGO BANK, N.A. [erroneously sued
6  as "AMERICA'S SERVICING COMPANY" and
   "WELLS FARGO BANK, N.A.] and US BANK
7  NATIONAL ASSOCIATION, AS TRUSTEE FOR
   THE STRUCTURED ASSET INVESTMENT
8  LOAN TRUST, 2006-4 [erroneously named as
   "U.S. BANK NATIONAL ASSOCIATION, as
9  TRUSTEE FOR THE STRUCTURED ASSET
   INVESTMENT LOAN TRUST Mortgage Pass-
10 Through Certificates, Series 2006-4"]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| WILLIAMS, BENNIE E, WILLIAMS, JACQUELINE L., as Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, as TRUSTEE FOR THE STRUCTURED ASSET INVESTMENT LOAN TRUST Mortgage Pass-Through Certificates, Series 2006-4, FIRST AMERICAN LOANSTAR TRUSTEE SERVICES LLC, AMERICA'S SERVICING COMPANY, NEW CENTURY MORTGAGE CORPORATION, WELLS FARGO BANK, N.A., Does 1 through 10, Inclusive,<br><br>Defendants. | Case No. CV10-07221 GAF (AJWx)<br><br>Assigned to:<br>District Judge Gary A. Feess<br>Assigned Discovery:<br>Magistrate Judge Andrew J. Wistrich<br><br>**[PROPOSED] JUDGMENT**<br><br>Action Filed: September 28, 2010 |
|---|---|

///

///

---

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4827-6020-4810.1
14617-412

1

[PROPOSED] JUDGMENT

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**
2  **HEREIN:**

3  On July 20, 2011, the Court granted Defendants WELLS FARGO BANK,
4  N.A., and US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
5  STRUCTURED ASSET INVESTMENT LOAN TRUST, 2006-4, [collectively
6  "Lender Defendants"] Motion to Dismiss the Second Amended Complaint without
7  leave to amend.  Therefore, IT IS HEREBY ORDERED, ADJUDGED AND
8  DECREED a Judgment of Dismissal be entered in favor of Lender Defendants and
9  against Plaintiffs BENNIE E. WILLIAMS and JACQUELINE L. WILLIAMS.
10 Based on said judgment, Plaintiffs shall take nothing by way of the Second
11 Amended Complaint against Lender Defendants, or either of them.

12 **IT IS SO ORDERED.**
13

14 DATED: August 12, 2011        _____/s/ Gary Feess_____
15                                JUDGE OF THE U.S. DISTRICT COURT
16

17 Respectfully submitted:
   KUTAK ROCK LLP
18

19
   By: /s/  Steven M. Dailey _____
20  Jeffrey S. Gerardo
    Steven M. Dailey
21  Attorneys for Defendants
    WELLS FARGO BANK, N.A.
22  and US BANK NATIONAL ASSOCIATION,
    AS TRUSTEE FOR THE STRUCTURED
23  ASSET INVESTMENT LOAN TRUST, 2006-4

24

25

26

27

28

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4827-6020-4810.1
14617-412

- 2 -

[PROPOSED] JUDGMENT