1  Glenn H. Wechsler, State Bar No. 118456
   Lawrence D. Harris, State Bar No. 153350
2  LAW OFFICES OF GLENN H. WECHSLER
   1646 N. Main Street, Suite 450
3  Walnut Creek, California 94596
   Telephone: (925) 274-0200
4  Email: *larry@glennwechsler.com*

5  Attorneys for Defendant
   FIRST AMERICAN TRUSTEE
6  SERVICING SOLUTIONS, LLC,
   formerly known as FIRST AMERICAN
7  LOANSTAR TRUSTEE SERVICES LLC

8

9                    UNITED STATES DISTRICT COURT

10

11                   CENTRAL DISTRICT OF CALIFORNIA

12

13 | BENNIE E. WILLIAMS and           ) CASE NO. CV10-07221-GAF (AJWx)
   | JACQUELYN L. WILLIAMS,            )
14 |                                   ) Referred to: Hon. Gary A. Feess
   |        Plaintiffs,                ) District Judge
15 |                                   )
   |   vs.                             ) [PROPOSED] JUDGMENT OF
16 |                                   ) DISMISSAL IN FAVOR OF FIRST
   | U. S. BANK NATIONAL ASSOCIATION, AS ) AMERICAN TRUSTEE
17 | TRUSTEE FOR THE STRUCTURED ASSET  ) SERVICING SOLUTIONS, LLC
   | INVESTMENT LOAN TRUST MORTGAGE   )
18 | PASS-THROUGH CERTIFICATES, SERIES )
   | 2006-4,, et al.,                  )
19 |                                   )
   |        Defendants.                )

23         **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

           On July 20, 2011, the Court granted Defendant FIRST AMERICAN TRUSTEE SERVICING

   SOLUTIONS, LLC, formerly known as FIRST AMERICAN LOANSTAR TRUSTEE SERVICES

28 [PROPOSED] JUDGMENT – PAGE 1 OF 2
   CASE NO. CV10-07221-GAF (AJWx)

LLC's (hereinafter "Loanstar" or "Defendant") Motion to Dismiss the Second Amended Complaint without leave to amend. Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, a Judgment of Dismissal be entered in favor of Defendant Loanstar and against Plaintiffs BENNIE E. WILLIAMS and JACQUELINE L. WILLIAMS. Based on said Judgment, Plaintiffs shall take nothing by way of the Second Amended Complaint against Defendant Loanstar.

**IT IS SO ORDERED.**

DATED: August 24, 2011

_____
JUDGE OF THE U.S. DISTRICT COURT

Respectfully submitted:

LAW OFFICES OF GLENN H. WECHSLER

By:   /s/ Glenn H. Wechsler
GLENN H. WECHSLER
Attorneys for Defendant
FIRST AMERICAN TRUSTEE
SERVICING SOLUTIONS, LLC,
formerly known as FIRST AMERICAN
LOANSTAR TRUSTEE SERVICES LLC

G:\Larry\LOANSTAR\Williams\Proposed Judgment.doc

[PROPOSED] JUDGMENT – PAGE 2 OF 2
CASE NO. CV10-07221-GAF (AJWx)